UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| DEVADIP CARLOS ESPERICUETA § <br> Movant § <br> § <br> VS. § <br> § <br> UNITED STATES OF AMERICA § <br> Respondent | CIVIL ACTION NO. 7:13-CV-205 |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Movant's motion for leave to proceed in forma pauperis ("IFP") on appeal from the Court's dismissal of his claims pursuant to 28 U.S.C. 2255 (D.E. No. 26). On August 24, 2017, the Magistrate Court issued the Report and Recommendation, recommending that Movant's motion for leave to proceed IFP on appeal be denied as moot because Movant has already paid the entire appellate fee. The time for filing objections has passed, and no objections have been filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error.[1] Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Movant's motion for leave to proceed IFP on appeal (D.E. No. 26) is **DENIED** as moot.

---

[1] As noted by the Fifth Circuit, "[t]he advisory committee's note to Rule 72(b) states that, '[w]hen no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Douglas v. United Services Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)(quoting Fed. R. Civ. P.72(b) advisory committee's note (1983)) *superceded by statute on other grounds by* 28 U.S.C. § 636(b)(1), *as stated in* ACS Recovery Servs., Inc v. Griffin, No. 11-40446, 2012 WL 1071216, at *7 n.5 (5th Cir. April 2, 2012).

SO ORDERED this 20th day of October, 2017, at McAllen, Texas.

_____
Randy Crane
United States District Judge